IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. EP-18-CR-01564-DB |
| | § | |
| ARIEL EFREN MADRID-RUIZ, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses the Indictment against Defendant, **ARIEL EFREN MADRID-RUIZ**. The Government does not wish to prosecute at this time.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By: _____
STEVE JURECKY
Assistant U.S. Attorney
Texas Bar #11059400
700 E. San Antonio, Suite 200
El Paso, Texas   79901
(915) 534-6884

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES DISTRICT JUDGE

DATE: 6-22-2018